

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

R. Wayne Johnson, Appellant

No. 06-24-00007-CV          v.

U.S. Post Office, et al., Appellee

Appeal from the 62nd District Court of Lamar County, Texas (Tr. Ct. No. 92147). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Chief Justice Stevens.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

We note that the appellant, R. Wayne Johnson, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MARCH 25, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk